

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00362-CV

Steve **NUNEZ**,
Appellant

v.

Alma Idalia **NUNEZ**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34916
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellee's brief was originally due on December 14, 2023. On February 13, 2023, appellee filed a third motion for extension of time to file her brief. Appellee's motion is GRANTED IN PART. It is ORDERED that appellee's brief is due by **March 3, 2023**. No further requests for extensions of time will be allowed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court